# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 17-41671-659 |
| | ) Honorable Kathy A. Surratt-States |
| SCOTT A. SMITH, | ) Chapter 7 |
| | ) |
| Debtor. | ) **TRUSTEE'S APPLICATION TO** |
| | ) **EMPLOY COUNSEL** |

COMES NOW David A. Sosne, Trustee herein, and states that:

1. Applicant is the duly appointed, qualified, and acting Trustee herein.

2. Applicant desires to employ Brian J. LaFlamme and the law firm of Summers Compton Wells LLC ("SCW"), attorneys duly admitted to the practice of law before this Court, to assist and advise him with respect to certain matters which your Applicant believes require the services of an attorney.

3. Applicant requires the services of an attorney to assist the Trustee in the investigation and administration of assets of the Debtor, including but not limited to the bankruptcy estate's interest in personal property.

4. Legal services are also required to assist the Trustee in the discovery and recovery of additional assets, in the drafting of legally correct notices to creditors and others, and in the objection to and prosecution of claims.

5. Said attorneys are experienced in bankruptcy matters and are capable of handling the aforesaid matters.

6. At the present time, the hourly rates of the individuals who may provide services in connection with this case are as follows:

       Bonnie L. Clair - $330.00/hour
       Brian J. LaFlamme - $305.00/hour
       Craig S. Rogles, Legal Assistant - $100.00/hour
       Principals of SCW - $300.00 - $400.00/hour
       Other Associates of SCW - $200.00 - $275.00/hour

From time to time, the hourly rates may be adjusted.

       7.    To the best of Trustee's knowledge, the above individual and firm do not have any connection to nor represent any interest adverse to the Debtor, the creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of United States Trustee, other than that arising from the administration of this case and other bankruptcy cases, except that Bonnie L. Clair previously was employed by the Office of the United States Trustee from 1993 to 1997.

       WHEREFORE, the Trustee prays that he be authorized to employ said attorneys for the purposes outlined above.

                                                      Respectfully Submitted,
                                                      SUMMERS COMPTON WELLS LLC

Date:  May 30, 2017                By: /s/  David A. Sosne
                                     DAVID A. SOSNE     #28365MO
                                     Chapter 7 Trustee
                                     8909 Ladue Road
                                     St. Louis, Missouri  63124
                                     (314)991-4999
                                     (314)991-2413/FAX
                                     dastrustee@summerscomptonwells.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served on May 30, 2017 via electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri to the parties requesting service by electronic filing. I hereby also certify that a copy of the foregoing was served on May 30, 2017 via United States Mail, first class postage prepaid, on the date of the electronic filing of this document to those individuals and entities not requesting service by electronic filing. The individuals and entities being served electronically or by mail are:

United States Trustee
U.S. Department of Justice
111 S. 10th Street, Ste. 6353
St. Louis, MO 63102


Date: May 30, 2017                                               /s/  David A. Sosne

1915595-1

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 17-41671-659 |
| | ) Honorable Kathy A. Surratt-States |
| SCOTT A. SMITH, | ) Chapter 7 |
| | ) |
| Debtor. | ) **AFFIDAVIT OF PROPOSED ATTORNEY** |

Brian J. LaFlamme, being duly sworn, deposes and says that he is an attorney at law with the law firm of Summers Compton Wells LLC, and is duly admitted to practice in this Court; that neither he nor the firm represents the above Debtor; that to the best of his knowledge, neither he nor the firm represents any interests adverse to those of the Trustee herein nor to the creditors, and that he knows of no reason why he and the firm should not act as attorneys and counsel for said Trustee in these proceedings.

SUMMERS COMPTON WELLS LLC

Date: May 30, 2017

By: /s/ Brian J. LaFlamme
Brian J. LaFlamme    #49776MO
Attorney for Trustee
8909 Ladue Road
St. Louis, Missouri  63124
(314)991-4999
(314)991-2413/FAX
trusteeatty@summerscomptonwells.com

Subscribed and sworn to before me this 30th day of May, 2017.

MARQUITA MONROE
St. Louis County
Notary Public-Notary Seal
State of Missouri
My Commission Expires:
April 29, 2020

/s/ Marquita Monroe
NOTARY PUBLIC

1915595-1