UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

In re :  SCOTT SMITH               )
                                   )      NO.  17-41671-659
                                   )
                                   )      1009(A) MEMORANDUM OF CHANGES
                                   )
_____)

    Debtor(s), through his attorney, herein supplies the following description of changes made to Schedules A/B and C pursuant to LR 1009(A).

1. Amended Schedule A/B and C: The following changes have been made through this amendment:

   A.     The value of the Kia listed has been increased from $500 to $7,000.

   B.     The exemption amount in Schedule C for the Kia has been amended to $3000.


DATED:  5/31/17                          /s/ *Charles Markwell*
                                         Charles Markwell, MO61336


    MARKWELL LAW, LLC
    Charles Markwell, Lawyer  MO61336
    9979 Winghaven, Blvd. Ste 210
    O'Fallon, MO 63368   Ph. 636-486-1093
    guss@gussmarkwell.com